# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Carpenters Southwest Administrative Corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LTL Services, et al., <br><br> Defendants. | Case No. EDCV 19-591 JGB (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, Plaintiffs Carpenters Southwest Adminstrative Corporation and the Board of Trustees for the Carpenters Southwest Trusts's Motion for Default Judgment against Defendants LTL Services and Linda Buccella is GRANTED.

Plaintiffs are **AWARDED** $14,677.81 in unpaid contributions and $2,935.56 in liquidated damages, for which LTL and Buccella are jointly and severally liable.

LTL is **ORDERD** to submit the monthly reports and any associated fringe benefit contributions from November and December 2018 to Plaintiff Carpenters Southwest Adminstrative Corporation.

Plaintiffs are **AWARDED** $1,664.31 in attorneys' fees, for which LTL and Buccella are jointly and severally liable.

IT IS FURTHER ORDERED that Plaintiffs mail or personally serve a copy of this judgment and the Order concurrently filed therewith to Defendants. Plaintiffs shall file Proof of Service with the Court within ten days of the date of the Order.

Dated: October 11, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge